✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**MELISSA CRAWFORD**

Crim. No.    7:19-CR-28(WLS)

On January 11, 2023, the supervised release period of 48 months commenced. Melissa Crawford has complied with the rules and regulations of supervised release, she has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and it appears she is no longer in need of supervision. Accordingly, it is recommended Melissa Crawford be discharged from supervision.

Respectfully submitted,

*LaQuesha Balkcom*

LaQuesha D. Balkcom
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___28th___ day of ___May___, 2026.

*W. Louis Sands*

W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE